**Terrence O'SULLIVAN, Petitioner— Appellant,**

v.

**Steve MOORE, Respondent—Appellee.**

**No. 10–15700.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Sept. 29, 2011.

Steven Charles Sanders, Sanders & Associates, West Sacramento, CA, for Petitioner–Appellant.

David N. Sunada, Deputy Assistant Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: HAWKINS, SILVERMAN and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

California state prisoner Terrence O'Sullivan appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

O'Sullivan contends that the Board of Prison Terms' 2006 decision to deny him parole was not supported by reliable evidence and therefore violated his due process rights. The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *See Swarthout v. Cooke,* —— U.S. ——, —— ——, 131 S.Ct. 859, 862–63, 178 L.Ed.2d 732 (2011) (per curiam). Because O'Sullivan raises no federal procedural challenges, we affirm.

**AFFIRMED.**